# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 17, 2022     **Time:** 3:12-3:24     **Judge:** EDWARD M. CHEN
12 minutes

**Case No.:** 21-cv-08776-EMC     **Case Name:** Gomez v. Hoopes Vineyard LLC

**Attorney for Plaintiff:** Ariel Vento
**Attorney for Defendant:** Lindsay Hoopes

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Marla Knox

## PROCEEDINGS

Motion to Dismiss - held

## SUMMARY

Parties stated appearances.

For the reasons stated on the record, Defendant's motion to dismiss Plaintiff's ADA claim pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim is **GRANTED.** The complaint is dismissed without prejudice. Plaintiff may file an amended complaint by April 16, 2022.

Court set **Initial Case Management Conference for 6/21/2022, at 1:30 p.m.** Joint case management statement **due by 6/14/2022.**