UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HOOPES VINEYARD LLC,<br><br>        Defendant. | Case No. 21-cv-08776-EMC<br><br>**ORDER DISMISSING CASE** |

The Court dismissed Plaintiff's complaint pursuant to Fed. R. Civ. P.12(b)(6) with leave to amend, and required an amended complaint to be filed by April 16, 2022. Docket No. 27. The time to file an amended complaint has now lapsed. Plaintiff did not file an amended complaint. Thus, judgment is entered for Defendant. *See* Fed. R. Civ. P. 58(b)(1)(C). The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: May 2, 2022

_____
EDWARD M. CHEN
United States District Judge